IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STONEY SCOTT CROWDER and SUMMER CROWDER, Plaintiffs, vs. | ) ) ) ) Case No. 3:09-0385 ) ) ) |
| CSX TRANSPORTATION, INC., a corporation, Defendant | ) |

**AGREED ORDER OF DISMISSAL**

It appears to the Court, as evidenced by the signatures below, that all matters and things in controversy have been compromised and settled.

It is therefore, ORDERED, that all causes of action, including Plaintiff's Complaint and the Complaint in Intervention filed by AIG Casualty Company against CSX Transportation, Inc., are hereby dismissed with prejudice. Each party shall bear its own costs and expenses, including attorneys' fees.

ENTERED this ___10th_____ day of ____February_____, 2011

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT